Thomas R. Curtin
Kathleen N. Fennelly
GRAHAM CURTIN
A Professional Association
4 Headquarters Plaza
P.O. Box 1991
Morristown, New Jersey 07962-1991
(973)-292-1700
Attorneys for Defendant
  Alert Marketing, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PHYSICIANS HEALTHSOURCE, INC., an Ohio corporation, individually and as the representative of a class of similarly-situated persons,<br><br>　　　　　　Plaintiff,<br>v.<br>JANSSEN PHARMACEUTICALS, INC., ALERT MARKETING, INC., ORTHO-McNEIL PHARMACEUTICAL, INC., ORTHO-McNEIL, INC., and JOHN DOES 1 - 10,<br><br>　　　　　　Defendants. | Civil Action No. 12-2132 (FLW)(TJB)<br><br>**NOTICE OF MOTION TO DISMISS COMPLAINT PURSUANT TO F.R.C.P 12(b)(6)** |

TO:　　Michael J. Canning
　　　　Giordano, Halleran & Ciesla
　　　　125 Half Mile Road, Suite 300
　　　　Red Bank, New Jersey 07701-6777

　　　　Brian J. Wanca
　　　　Anderson & Wanca
　　　　3701 Algonquin Road, Suite 760
　　　　Rolling Meadows, Illinois 60008

　　　　*Attorneys for Plaintiffs*

COUNSEL:

　　　　PLEASE TAKE NOTICE that on Monday, August 6, 2012, at 10 a.m. or as soon thereafter as counsel may be heard, defendant Alert Marketing, Inc. ("Alert") will move, by and

1519718_1

through its undersigned counsel, before the Honorable Freda L. Wolfson, U.S.D.J., for entry of an Order dismissing the Complaint pursuant to Fed.R.Civ.P. 12(b)(6).

PLEASE TAKE FURTHER NOTICE that, in support of this motion, Alert will rely on the supporting Memorandum of Law submitted herewith, together with any papers it may submit in reply to any opposition filed.

PLEASE TAKE FURTHER NOTICE that a Proposed Form of Order is also submitted.

Date:  June 25, 2012                                   Respectfully submitted,

/s/ Kathleen N. Fennelly
Graham Curtin
A Professional Association
Attorneys for Defendant
Alert Marketing, Inc.

Of counsel:
Mark Sableman
John W. Rogers
Thomas L. Azar Jr.
THOMPSON COBURN LLP
One U.S. Bank Plaza
St. Louis, Missouri  63102
msableman@thompsoncoburn.com
jrogers@thompsoncoburn.com
tazar@thompsoncoburn.com
(314) 552-6000