Thomas F. Campion
Marsha J. Indych
DRINKER BIDDLE & REATH LLP
1177 Avenue of the Americas
New York, New York 10036-2714
(212) 248-3140
Attorneys for Defendants
Janssen Pharmaceuticals, Inc. and
Ortho-McNeil Pharmaceuticals, LLC, incorrectly
identified as Ortho-McNeil Pharmaceutical, Inc.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PHYSICIANS HEALTHSOURCE, INC., an Ohio corporation, individually and as the representative of a class of similarly-situated persons,<br><br>Plaintiff,<br><br>-against-<br><br>JANSSEN PHARMACEUTICALS, INC., ALERT MARKETING, INC., ORTHO-McNEIL PHARMACEUTICAL, INC., ORTHO-McNEIL, INC., AND JOHN DOES 1-10,<br><br>Defendants. | Civil Action No. 12-2132 (FLW) (TJB)<br><br>**NOTICE OF JOINDER TO MOTION TO DISMISS**<br><br>[Document Electronically Filed] |

PLEASE TAKE NOTICE that Defendants Janssen Pharmaceuticals, Inc.[1] and Ortho-McNeil Pharmaceuticals, LLC, incorrectly identified as Ortho-McNeil Pharmaceutical, Inc., (collectively the "Janssen/Ortho Defendants"), through their undersigned counsel, will move this Court before the Honorable Freda L. Wolfson, U.S.D.J., at the United States Courthouse for the

---

[1] Plaintiff incorrectly identifies as a defendant Ortho-McNeil, Inc., which merged out of existence on December 31, 2007 and into Ortho-McNeil-Janssen Pharmaceuticals, Inc. (now known as Janssen Pharmaceuticals, Inc.).

District of Jersey, on Monday, August 6, 2012 at 10:00 a.m., or as soon thereafter as counsel may be heard, for an Order pursuant to Fed. R. Civ. P. 12(b)(6) dismissing the Complaint on the basis that it fails to state a claim upon which relief can be granted.

PLEASE TAKE FURTHER NOTICE that in support of their motion, the Janssen/Ortho Defendants will rely upon and hereby join, adopt, and incorporate by reference, as if fully set forth herein, the Memorandum of Law filed by Defendant Alert Marketing, Inc. on June 25, 2012 and entered as Document 9-1 on this Court's docket sheet.

>                DRINKER BIDDLE & REATH LLP
>                Attorneys for Defendants
>                Janssen Pharmaceuticals, Inc., and Ortho-
>                McNeil Pharmaceuticals, LLC, incorrectly
>                identified as Ortho-McNeil Pharmaceutical, Inc.
>
>                By: /s/ *Marsha J. Indych*
>                Marsha J. Indych

Dated: July 6, 2012

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to all registered participants identified in the Notice of Electronic Filing in this matter on this date.

Dated:  July 6, 2012

                                                    By:  /s/ *Marsha J. Indych*
                                                          Marsha J. Indych