```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
                   Minutes of Proceeding
```

OFFICE:    TRENTON

JUDGE FREDA L. WOLFSON, U.S.D.J.      Date: January 31 2013

Court Reporter: Vincent Russoniello


TITLE OF CASE:                        CIVIL 12-2132(FLW)

PHYSICIANS HEALTHSOURCE, INC.


vs.

JANSSEN PHARMACEUTICALS, INC. et al.


APPEARANCES:

Matthew Nicholas Fiorovanti, Esq & Brian Wanca, Esq. for Plaintiff
Marsha Indych, Esq for Defendant Janssen Pharmaceuticals & Ortho-McNeil Pharmaceutical, LLC
George Jones, Esq. and Mark Sableman, Esq. for Defendant Alert Marketing, Inc.

NATURE OF PROCEEDINGS:

Hearing on motion (#9) by defendant Alert Marketing, Inc. to Dismiss the complaint.

Court Ordered motion is Granted and case is dismissed.
Order to be filed.



TIME COMMENCED: 11:15 a.m.              *Jacqueline Gore*
TIME ADJOURNED: 12:00 p.m.              Deputy Clerk
TOTAL TIME: (45)