# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

_____

PHYSICIANS HEALTHSOURCE, INC,

          Plaintiff,

  vs.

JANSSEN PHARMACEUTICALS, INC., et al.,

          Defendants.

_____

Civil Action No. 12-2132(FLW)

**ORDER**

    **THIS MATTER** having been opened to the Court by Thomas R. Curtin, Esq., counsel for defendant Alert Marketing Inc., and Marsha Indych, Esq., counsel for defendant Janssen Pharmaceuticals, Inc. (collectively, "Defendants"), on a joint motion to dismiss Plaintiff Physicians Healthsource, Inc.'s ("Plaintiff") Complaint; it appearing that Plaintiff opposes the motion through its counsel, Michael J. Canning, Esq.; it appearing that the Court conducted oral argument on January 31, 2013, wherein Brian Wanca, Esq., argued on behalf of Plaintiff, and Mark Sableman, Esq., argued on behalf of Defendants; having considered the parties' submissions in connection with the motion and counsel's arguments, for the reasons set forth on the record on January 31, 2013, and for good cause shown,

    **IT IS** on this 31st day of January, 2013,

    **ORDERED** that Defendants' motion to dismiss is **GRANTED**;

1

**ORDERED** that Plaintiff's Complaint is dismissed and this case shall be marked as **CLOSED**.

/s/ Freda L. Wolfson
Freda L. Wolfson
United States District Judge