**UNITED STATES DISTRICT COURT**

DISTRICT OF NEW JERSEY

(609) 989-2040

| | |
|---|---|
| CHAMBERS OF<br>**TONIANNE J. BONGIOVANNI**<br>UNITED STATES MAGISTRATE JUDGE | U.S. COURTHOUSE<br>402 E. STATE STREET, RM 6052<br>TRENTON, NJ 08608 |

February 20, 2014

**LETTER ORDER**

Re:   Physicians Healthsource, Inc. v. Janssen Pharmaceuticals, Inc., *et al.*
      Civil Action No. 12-2132 (FLW)

Dear Counsel:

The Court is in receipt of the Joint Discovery Plan that was submitted pursuant to the Court's February 4, 2014 bifurcation order.   Since there is currently a Summary Judgment motion pending which includes discovery issues, discovery is stayed until that motion is decided.

IT IS SO ORDERED.

            s/ Tonianne J. Bongiovanni
            **TONIANNE J. BONGIOVANNI**
            **United States Magistrate Judge**